RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GARY RESIL, AKA DANNY RESIL<br>A-017-546-658 | CIVIL ACTION NO. 3:11-cv-0846 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |
| | AND |
| GARY RESIL, AKA DANNY RESIL<br>A-017-546-658 | CIVIL ACTION NO. 3:11-cv-1223 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaints in Civil Actions No. 3:11-cv-0846 and 3:11-cv-1223 be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b) and Rule 41.3 of the United States District Court for the Western District of Louisiana.

MONROE, LOUISIANA, this ___1___ day of ___March___, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE